■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONSO PINKNEY, Appellant. [691 NYS2d 772] —Judgment,

Supreme Court, New York County (Frederic Berman, J.), rendered January 25, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, and sentencing him to concurrent terms of 1 to 3 years and 1 year, respectively, unanimously affirmed.

The verdict was not against the weight of the evidence. We see no reason to disturb the jury's credibility determinations. Concur—Rosenberger, J. P., Williams, Tom, Wallach and Buckley, JJ.